United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR ACTION NO. 2:26-CR-00672 |
| | § | |
| MICHAEL MENDOZA | § | |

# MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of defendant Michael Mendoza pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

Mr. Mendoza is charged with being a felon in possession of a firearm and ammunition. The evidence against Mr. Mendoza meets the probable cause standard and the weight of the evidence is strong. In the present case, Mr. Mendoza was originally investigated and arrested by state law enforcement authorities. After being arrested, he was released on a state bond. The state case was dismissed when the federal authorities adopted the case for federal prosecution. After the defendant was indicted federally, the U.S. Marshals executed an arrest warrant and found drugs in plain view in the residence where defendant resides. The drugs included crack cocaine, pills, and marihuana and were packaged in a manner consistent with street level distribution. While the defendant may not have technically been released on state bond at the time of his arrest on the federal indictment, it appears the defendant was aware his case had been adopted federally. Thus,

the defendant engaging in criminal activity while be investigated federally, weighs against setting bond. Additionally, the defendant has a significant criminal history and serious drug problems. Finally, the defendant has not presented a suitable residence where he could live or an otherwise suitable release plan. The findings and conclusions contained in the Pretrial Services Report are adopted. Nevertheless, counsel for Mr. Mendoza may move to reopen the detention hearing if she is able to present a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on November 18, 2026.

Jason B. Libby
United States Magistrate Judge